UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER LAMM,

    Plaintiff,

v.                                                           Case No: 8:15-cv-709-T-24JSS

CAPITAL ONE SERVICES, LLC,

    Defendant.
_____/

## **ORDER ON JOINT STIPULATION AND ORDER OF CONFIDENTIALITY**

THIS MATTER is before the Court on the parties' Joint Stipulation and Order of Confidentiality (Dkt. 15), which the Court construes as a motion for confidentiality order. The parties have agreed to the terms of a stipulated confidentiality order regarding confidential documents and information. Upon consideration, it is

**ORDERED** that the parties' Joint Stipulation and Order of Confidentiality (Dkt. 15) is **GRANTED**. The Court finds good cause to issue this Order. *See* Fed. R. Civ. P. 26(c). Additionally, the provisions of the Joint Stipulation and Order of Confidentiality (Dkt. 15) are specifically incorporated by reference within this Order.

The parties are reminded that nothing in this Order shall authorize any party to file under seal, absent further court order, any confidential discovery material with the Clerk of Court or at trial, as such filings are subject to greater scrutiny due to the common law right to inspect and copy judicial records and public documents. *See In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 355

(11th Cir. 1987) (per curiam).  Further, the parties shall at all times be governed by Middle District of Florida Local Rule 1.09.

**DONE** and **ORDERED** in Tampa, Florida on September 10, 2015.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record